SCANNED & E-FILED to LP 8/26/2020

RECEIVED
WILLIAMSPORT
AUG 26 2020
PER ___ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HECTOR BOSSIO (Pro Se)
Pl.
  v.s.
WARDEN SPAULDING, et. al.
Defs.

CIVIL ACTION NO.
[PRO SE]

4:20-CV-1777

DOC#1: PRO SE 42 U.S.C. §1983 — 2000 CIVIL RIGHTS COMPLAINT AND REQUEST FOR EMERGENCY COURT ORDER FOR A PRELIMINARY INJUNCTION

Comes now the plaintiff and files the forgoing respectfully and in good faith, against the hereunder defendants and all unlisted employees, respondiate-superiorior and other persons which become known to Hector Bossio, "Bossio," in the future. This is a Civil Rights Complaint and Motion for emergency preliminary injunction due to actions being implemented by defendants systematically, under color of authority, color of office, unlawfully, by the administration at Lewisburg U.S.P. (A federal prison). Bossio does not complain of isolated incidences, but complains of a policy or custom implemented by defendants whom have aquiesced to and acted deliberately indifferent to the hereunder discribed treatment of transferees to this facility from FCI. Estill (about 1000 inmates). It should be noted that NONE of the aformentioned transferees were transferred for any disciplinary reasons whatsoever. It should also be noted that Bossio does not speak for anyone other than himself but only uses the hereunder instances to discribe treatment.

*Please take special notice that currently Lewisburg U.S.P., "U.S.P." is on COVID-19 lockdown and Bossio has NO ACCESS to law library, forms, legal help or anything else to properly prepair the forgoing. These honorable federal courts have ruled that in instances like this that pro se filings are NOT TO BE DENIED FOR MISSTYLING ERRORS, pro se litigants are not to

1/

be held to the letter of the law but are to be construed liberally (again Bossio is without access to law library and cannot cite cases but can only make such statements from law he has memorised) lending weight to the complaintents complaints. Therefore the forgoing is due to not be summarily dismissed. Bossio has taken care to include, in the hereunder subject matter, all the necessary information on EVERYTHING so that this honorable court can file the forgoing instanter. Time is of the essence as this honorable court will see hereunder.

    Furthermore, this complaint is also on file, as of August 12, 2020, in the 11th Cir. Court, case # 20-11410-B (3:16-cv-939), because Bossio could not obtain the address of this court and only obtained it today on Aug. 18, 2020. Along with the Complaint an application to proceed Informa Pauperis was also filed. Bossio will gladly refile said application if this court deems it necessary. The ruling on this request - timing and otherwise - have a clear and present effect on cases 20-11410-B; and future 2255 filings if 19-13193-H is denied in the 11th Cir.

① PLAINTIFF:    A) HECTOR BOSSIO (INMATE I.D.) 65946-198
(Inmate at U.S.P. Lewisburg)    P.O. Box 1000, Lewisburg, Pa. 17837

② DEFENDANTS:    A) WARDEN SPAULDING (Warden at U.S.P. Lewisburg)
*(In their proffessional and personal capacities)    P.O. Box 1000, Lewisburg, Pa. 17837

    B) Due to Covid Lockdown I am not able to get, and do not have memorized the exact personel[s] names, addresses, or the capacities in which they operate in the B.O.P. There are several more defendants.

    Please take special notice, Bossio reserves the right to amend this complaint when more, and relevant information is obtained.

2/

③ Reasons for Complaint:

1) This action is brought forth by an inmate housed at U.S.P. Lewisburg, hereinafter "U.S.P.". Bossio was transferred there (U.S.P.) from F.C.I. Estill, "FCI", in South Carolina due to a tornado destroying the F.C.I - NOT DUE TO DISCIPLINARY
2) REASONS. He and around 1000 others were emergency transferred during nation wide covid pandemic lockdowns. The state of Pa. was not allowing motor vehicle traffic from other states drive through. Bossio was flown in on 4-17-20. Because
3) of the haste in which said inmates were transferred the inmates had to pack thier own belongings. B.O.P. mandates say that officers must pack inmates belongings but this was an impossibility at that time. Officials limited Bossio to 1 duffle bag and instructed
4) ALL Inmates to lock thier bag with thier personal combination lock. Bossio complied, as did everyone whom owned a lock. This eliminated the possibility of people placing contraban in anothers property and also eliminated the possibility of personal property
5) such as legal documents, pictures, etc., becoming mixed. That is important to note as will be shown hereunder. Officials at the FCI, because of limiting us to one bag only caused Bossio and many others to abandon most of thier belongings. A necessary
6) action under the circumstances.

   Bossio packed ONLY B.O.P. authorised items, like things bought at commisary, and, legal work/research for 2 open cases in the process of direct appeal. See
7) 19-13193-H, case # 3:16-cv-839; 20-11410-B, case # 3:17-cr-119. Bossio represents himself for the civil case and also represented himself at his trial for the above criminal case. Bossio is in possession of all docs., exhs., and transcripts
8) of those cases. Much of the above evidence/exhibits is material to both cases because they involve the same arrest. Bossio has been litigating the above for 5 years. Most of the documents are IRREPLACEABLE and without it he
9) cannot litigate either of the cases nor future §2255 if the direct appeal for the criminal case is denied. see 20-11410-B.

   Upon arrival to the U.S.P. admin./staff, "defs.", made it clear to all
10) arrivals from the F.C.I. that they were unwanted and unwelcomed. Several officers, "C.O.'s", made comments like,"We don't spoil CHOMOS at Lewisburg."

3/

1) when asked simple questions. Chomo is a durogatory word for child molestor. For some reason, U.S.P., is under the erroneous impression that the majority of FCI transferees are sex offenders. Bossio wants it made clear that he is NOT a sex offender

2) (emphasis added).

   When Bossio asked several C.O.'s and Def's what procedure the U.S.P. would be following to go through and distribute his personal property one C.O. replied, "They'll probably

3) give you whatever the fuck they want to give you.", and another, "You'll be lucky to get anything other than cloths." This is the attitute of personel at the U.S.P. since arrival on 4-17-20. The above is devistating for Bossio. Not only does he have what

4) conservitavely amounts to 400+ hrs of hard work and research vitally needed to prosecute his civil case, but he also has law books he has NO MEANS OF REPLACING

   Compounding to the verbal abuse and complete lack of any semblace of fair

5) or decent treatment by defs. at the U.S.P., 4 months after Bossio's arrival the distribution of property is only about 5% done. It should be noted that Bossio's property arrived in April. Please take special notice to the fact that the U.S.P. has

6) over 3 x's the number of employees on duty at any given time than FCI Estill had on duty to supervise inmates and maintain that facility. When Bossio asks certain C.O.'s, why the U.S.P. has not been able to distribute all the property to everyone yet

7) the more amicable C.O.'s respond in this manor, "they aint gonna get in a rush. They think you guys are all pedos and chomos." Pedo is a durogitory name for Pedofile. Most Defs. respond thus, "Ask someone who gives a fuck." or "I must look like

8) I give a fuck." and it gets worse. If this "honorable court find that language offensive please accept my apoligy while at the same time imagining someone vindictively and hostily saying that directly to your face, in response to you, in front

9) of everyone, while glaring at you as if daring you to respond any why they don't like so they can black box handcuff you and rush you into a tiny cage in the hallway to place you on display to the rest of the inmates in order to discourage

10) them from even inquireing of simple things. In some not so uncommon instances FCI transferees have been taken to the basement bullied and threatenned. No one is ignorant to the long history of abuse here in "the infamous Big house",

11) Lewisburg U.S.P.,

4/

1) Property is allegedly still being distributed. It is not inventoried in presence of the owner/inmate according to B.O.P. policy. In fact the bags are already open with the vast majority of thier property already removed. Let me remind the
2) court that most if not all bags were locked with combination locks. In the majority in which FCI inmates have actually recieved thier property their <u>legal docs. have been THROWN AWAY</u>, before they've been called to pick up thier property, <u>without thier
3) knowledge or conceant</u>, and <u>MANY TIMES</u> thier legal documents are actually <u>MIXED UP WITH OTHER INMATES LEGAL DOCS</u>, in callous disregard for B.O.P. mandates, constitutional protections, and the safety of the inmates in thier care. It is so
4) overboard negligent that it can, and Bossio avers that it has, been done on purpose. It is mixed as if someone has taken a deck of cards and shuffled them. The Def's are doing the above because of thier prejudice against FCI transferees, as they
5) have deemed us all sex offenders. They are trying to get sex offenders hurt. They will also get snitches hurt too by the above callousness.

   The above has been brought to the attention of admin./Defs. all the way up
6) the chain of command to Def. Warden Spaulding to no avail. He is indifferent. The same has been brought to the attention of B.O.P. Comissioner for this region and again to his superiors in D.C. (Bossio will amend the complaint to include the names of those
7) defs. also)

   Please note, again, that none of the Estill transferees were sent to U.S.P. Lewisburg for disciplinaray reasons whatever. We are victims of a natural disaster.
8) Bossio was not sent here to be verbally abused, mistreated, disrespected, or harrassed.

   Please take special notice that Warden Spaulding sent out a memo stating that he would follow B.O.P. policies in the distribution of our personal property then decided
9) to forgo those policies without notice whatever to anyone.

   Because the random mixing of inmates legal documents poses a very serious
10) life threatening danger to people whom co-operated with the government by snitching and to people whom are sex offenders - which it is the express duty of the U.S.P. to keep those persons safe and not put them in danger, the here
11) under injunctive relief is due to be granted.

5/

1) Because B.O.P. policies have force of law and B.O.P. employees are bound to the same this is due to be granted.

2) Because Bossio has a 14th Amend. property interest in his personal belongings which are in the duffle bag he locked with his personal lock this is due to be granted.

3) Because if the admin at the U.S.P. distroys or disposes of his legal materials, books, etc., they will be knowingly sabatoging both above listed 11th cir. cases. Bossio has made Defs. fully aware of the same. The hereunder relief is due to be granted.

4) because B.O.P. institutions cannot legally or lawfully distroy, dispose of, read, or deny Bossio his legal materials. Therefore the hereunder relief is due to be granted.

5) [see above]

6) because although the 4th Amend. protections of an incarcerated individual are reduced his property is still constitutionally protected by the 4th Amend. nonetheless. The hereunder relief is due to be granted.

7) Because the U.S.P. cannot take Bossio's B.O.P. approved belongings without administrative due process, in callouse disregard of B.O.P. policies, by enacting the above discribed custom/policy arbitrarily, under color of authority, under color of office or otherwise. The hereunder relief is due to be granted.

8) [see above]

9) Because the U.S.P. will not give any valid reason as to why this exceptionally well staffed facility cannot do the job of searching and distributing B.O.P. approved property bought by and paid for by the inmates themselves. Not to mention that the U.S.P. even has standup X-ray machines, X-ray conveyors, metal detectors, and is basically as equipted as an international airport and thus should have no problem searching for contraban using equiptment admen. made tax payers pay for to carry out this very routine procedure done every day by much less equipted

6/

1) staffed and trained personel in prisons nation wide; and do the job in compliance with B.O.P. policies. Therefore the hereunder relief is due to be granted.

2) because Bossio has done nothing to merit the above discribed treatment this is due to be granted.

3) Because Defs. are acting under color of authority;

4) Because Defs are deliberately indifferent;

5) Because lack of training is not an excuse or defense or valid reason for the callous destruction of personal property in the systematic manor described above;

6) Because it is the express duty of the federal courts to uphold the rights, Constitutional, and otherwise, of individuals and to ensure the same is not violated with impunity by government employees and officials such as the defendants;

7) because if this court does not take immediate action and intervine and stop this callous abuse of authority and arbritrary vindictiveness the U.S.P. will nullify Bossio's ability to litigate the above cases; A process that is const. protected by the 4th, 5th, 6th & 8th Amendments, and provisions of B.O.P. policies,

8) which they are doing knowingly and in bad faith;

9) And because this U.S.P. has failed to provide Bossio with B.P. 8-13 forms (administrative remedies accorded through B.O.P. policies) Bossio has fulfilled the madates and provisions of the Prison Litigation Reform Act, and has no choice but to file the instant complaint, the here under requested

10) relief is due to be granted.

11) because his legal materials were mailed to him by an attorney, and inspected and approved by officer/counseler Platts at the FCI this is due to be granted.

7/

④ RELIEF REQUESTED:

Wherefore, the premises concidered, the plaintiff has a 2 fold, either or, whichever is apropriate upon recipt of the forgoing, which he respectfully prayes this honorable court will grantas relief:

A.) If when this honorable court recieves the forgoing bossio's property was destroyed or disposed of as described above the requested relief is replacement of EVERYTHING he had persuant to pro se litigation and prosecution of the above listed cases. Those include but are not limited to the following:

1) Blacks Legal Dictionary 6th ed.;
2) Fed. R. Civ. Proc. 2014, that specific year only because the revisions are harder for lay persons to understand and the revisions exclude things law grads. know which lay men don't;
3) Fed. R. Cr. Proc. 2014 only for above reasons also;
4) Burrows Legal terms & phrases Dict.;
5) Yuguru anthropology textbook;
6) NKJV Bible leather study bible;
7) JPS TANAKH;
8) for defs. to pay for an investigator to obtain notorized original documents in Ga. and Ala. which bossio currently possesses in his property. Affidavits of people whom are vital and material to current cases from people whom the addresses of are now unknown to bossio 1 to 5 years later. bossio cannot relocate them hmself; and they are to obtain all
9) 911 transcripts obtained Ex Parte from the relevant 911 Districts — NOT THE POLICE STATION DISPATCHER — they are different, and pay for it and any other docs. they must replace regardless of cost, instanter; and
10) To obtain all filings on dockets of both above cases and 3:16-cv-840, and documents submitted to the 11th Cir Court;
11) The investigator will need to personally take pictures of

8

1804 Timberland Dr., Phenix City, Ala. 36868, from all angles, in the day to replace the ones Bossio has, and to provide Google World pictures also which he also has. He also has aprox. 4 copies of each; and

12) To obtain all reports from 2 investigators hired by him. If those investigators cannot be located then the defendants must send someone to interview the witnesses again (6 of them);

13) Defs. must allow him to make copies for free of documents he already had the necessary duplicates of; and

14) to provide the necessary postage needed for other documents he must send out for again;

15) to obtain and pay for personel records of 2 officers from the Phenix City Alabama Police Dept. and one from the Dothan Alabama P.D.

16) to also set aside at a minimum $5,000.00 for the items Bossio cannot remember he has and should not be expected to remember. Please take special notice that the above cases have been going on for almost 5 years and it would be IMPOSSIBLE to remember everything from the top of his head. In fact it is likely that there will be many instances in which he wouldn't remember something until the moment he reads it causing him more undue handycaps

17) $2000 to Bossio personally for the misc. out of pocket expense which cannot be obtained (the materials) by any means which will be a total loss.

18) Bossio has researched many, many cases, has many hours of hard work taking notes; developing stratagy; interviewing witnesses; notes on jurors; and much more intelectual property which he cannot replace, which he values at a conservative $150,000.00 that the Defs. should have to pay; and also

19) Replace his Georgetown Journel 2010, criminal law handbook
20) Treatese on Const. Law, book, 2nd ed.;
21) Paterson Commercial law/U.C.C. Law Book;
22) Websters Dictionary;
23) Truth or Just Plain Bull - book on criticle thinking.

9/

24) 2 Jewish prayer study books; and

25) Print out copies of the Collins v Virginia supreme court 2018 brief and also all the justices' opinions for that case;

26) Because the more I think the more I remember Bossio reserves the right to amend this list.

B.7 If when this honorable court recieves this the court is able and does prevent the destruction of Bossio's above listed and unlisted belongings then he requests the following relief:

1) That his duffle bag/personal property be searched and inventoried in his presence as per B.O.P. policy; and also

2) in camera; and

3) That he be given all B.O.P. allowed/approved property belonging to him without anymore undue delay. Bossios' civil case has been stayed for months now. Basically Bossio is requesting an injunctive order facilitating ④, B., 1-3 ie An emergency preliminary injunction.

⑤ Conclusion:

The U.S.P. has effectively through custom/policy and aquiescence of Warden Spaulding, created their own unlawful, unconstitutional, arbitrary, procedures volative of B.O.P. mandates which were put in place to insure this type of abuse of authority does not occur. This court, to protect the rights of the plaintiff, should order a preemptive/preliminary injunctive or other relief requested above if Bossio is damaged. This facility will not provide proper 42§1983 forms or in forma pauperus applications. Bossio has always been found indigent persuant to the Criminal Justice Act of 1964 and is currently proceeding in forma pauperus in other cases

It should be noted that if this honorable court delayes at all there is a good chance that the defendants will devistatingly damage

Bossio therefore please accept this forgoing complaint as is.

    I hereby affirm that to the best of my knowledge, and under penalty of perjury the forgoing is true and correct.

executed on ; August 18, 2020

*[signature]*, sui juris.
Hector Bossio, all rights reserved.

If the court can prevent the above then a trial is unnecessary, if not Bossio DEMANDS A JURY TRIAL.

8-18-2020

All Rights Reserved
*[signature]*, sui juris
Hector Bossio

11/11

Inmate Name: Hector Bossio
Register Number: 65946-198
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171

19 AUG 2020 PM 1 L



Legal Mail

1 9 AUG 2020

U.S. District Court
Clerk of Court
240 West Third Street
Suite 218
Williamsport, Pa. 17701

17701-848099

/gw/